```
PATRICK L. FORTE, State Bar #80050
CORRINE BIELEJESKI, State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-41341 LT |
| **WILLIAM WALTER JAMES** | |
| **and KELLEY RAE JAMES,** | Chapter 13 |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On October 10, 2008, I served the within;

**MOTION PURSUANT TO 11 U.S.C. § 506 FOR DETERMINATION OF SECURED STATUS OF CHASE'S CLAIM AND FOR ORDER DECLARING SECOND DEED OF TRUST OF CHASE TO BE NULL AND VOID; NOTICE AND OPPORTUNITY FOR HEARING AND DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR DETERMINATION OF SECURED STATUS OF CHASE'S CLAIM**

on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Martha Bronitsky, Trustee**
**P.O. Box 5004**
**Hayward, CA 94540-5004**

**U.S. Trustee**
**1301 Clay St., Suite 690 N**
**Oakland, CA 94612**

**J.P. Morgan Chase Bank, N.A**
**Attn: Managing Agent**
**P.O. Box 24785**
**Columbus, OH 43224-0785**

Certificate of Service                                                  Page 1 of 2

| | |
|---|---|
| 1 | **J.P. Morgan Chase Bank, N.A.**<br>**Attn: Bankruptcy Department** |
| 2 | **P.O. Box 24603**<br>**Columbus, OH 43219** |
| 3 | |
| 4 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 5 | Dated: October 10, 2008      /s/ Janet S. Corda<br>                              JANET S. CORDA |

Certificate of Service                                              Page 2 of 2