PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed July 22, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  Case No. 08-41341 RE

**WILLIAM WALTER JAMES and**            Chapter 13
**KELLEY RAE JAMES,**
                                        ORDER DEEMING DEBTORS CURRENT
            Debtors.                    ON ALL PRE-PETITION DEFAULT
                                        AND POST-PETITION AMOUNTS DUE
                                        TO CREDITOR PNC BANK AS
                                        SUCCESSOR TO NATIONAL CITY
                                        MORTGAGE AND AWARD OF
_____/         ATTORNEY'S FEES

On June 27, 2013, William and Kelley James (hereinafter Debtors) served a motion to deem that debtors are current on all pre-petition default and post-petition amounts incurred from March 21, 2008 to June 26, 2013 due to PNC Bank as successor to National City Mortgage (hereinafter First Mortgage Creditor), as related to its loan, as evidenced by its proof of claim filed in the instant case which was designated as court claim #1, for the property located at 572 Bing Ct., Brentwood, CA 94513 (hereinafter Property), as well as requested attorney's fees incurred in bringing this motion due to the failure of First Mortgage Creditor to respond to the Chapter 13 Trustee's Notice of Final Cure Payment as required by Federal Rule of Bankruptcy Procedure 3002.1(g).

The court finds that notice of the motion upon First Mortgage Creditor was proper. First Mortgage Creditor having failed to file timely opposition to Debtors' motion, the court hereby orders as follows pursuant to Federal Rule of Bankruptcy Procedure 3002.1(h) and 3002.1(i):

(1) Debtors are deemed current on all pre-petition default and post-petition amounts incurred from March 21, 2008 to June 26, 2013 due to PNC Bank as successor to National City Mortgage, as related to its loan, as evidenced by its proof of claim filed in the instant case which was designated as court claim #1.

(2) The Law Offices of Patrick L. Forte is awarded attorney's in the amount of $875 which will be the sole responsibility of First Mortgage Creditor to pay and which may not be, in any way, added to Debtors' loan as this fee was incurred in bringing this motion due to the failure of First Mortgage Creditor to respond to the Chapter 13 Trustee's Notice of Final Cure Payment as required by Federal Rule of Bankruptcy Procedure 3002.1(g).

*** END OF ORDER ***

```
 1                          COURT SERVICE LIST

 2    Attn: Officer
      PNC Bank
 3    222 Delaware Avenue
      Wilmington, DE 19899
 4
      Attn: Officer
 5    PNC Mortgage, a Division of PNC Bank, NA
      3232 Newmark Dr.
 6    Miamisburg, OH 45342

 7    Attn: Christine Oxley
      3232 Newmark Drive
 8    Mail Stop B6-YM07-01-8
      Dayton, OH 45342
 9
      Attn: Officer or Managing Agent
10    Attn: Bankruptcy Department
      National City Mortgage Company
11    3232 Newmark Dr.
      Miamisburg, OH 45342
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```